JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Keith Dean, Jr.

**(b)** County of Residence of First Listed Plaintiff: Montgomery County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

N/A.

## DEFENDANTS

Caliber Bodyworks of Pennsylvania LLC

County of Residence of First Listed Defendant: ______
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

See attached counsel list.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [x] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 U.S.C. Section 1332

Brief description of cause:
Breach of contract arising from auto repairs, with diversity subject matter jurisdiction requesting declaratory relief.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: Nov 12, 2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

**COUNSEL LIST**

Keith Dean, Jr.
515 Washington Ave.
North Wales, PA 19454
Kjdean1082@gmail.com
*Plaintiff pro se*

Michael A. Salvati, Esquire
Benjamin J. Matzke, Esquire
Marshall Dennehey, P.C.
2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-4552
*Counsel for Defendant*
*Caliber Bodyworks of Pennsylvania LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: 1404 Welsh Road, North Wales, Pennsylvania 19454

***RELATED CASE IF ANY:*** Case Number:______________________ Judge:________________________________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

*A.* ***Federal Question Cases:***

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief ***see certification below***
☐ 16. All Other Federal Question Cases. *(Please specify)*:______________________________

**B.** ***Diversity Jurisdiction Cases:***

☒ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury (*Please specify*):________________
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*_____________ ______________________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEITH DEAN JR.<br>Plaintiff<br><br>v.<br><br>CALIBER BODYWORKS OF PENNSYLVANIA LLC<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**NO:** |

**NOTICE OF REMOVAL**

Defendant, Caliber Bodyworks of Pennsylvania LLC (hereinafter "Caliber"), by and through its attorneys, Marshall Dennehey, P.C., hereby respectfully files the Notice of Removal of this action, which is currently pending in the Court of Common Pleas of Montgomery County, Pennsylvania, Case No. 2026-23172, to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in support thereof avers as follows.

**I. Factual and Procedural History**

1. Plaintiff instituted this action on or about October 13, 2026, by filing a Complaint in the Court of Common Pleas of Montgomery County. A copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. In his Complaint, Plaintiff Keith Dean asserts various claims against Caliber arising from several vehicle repair transactions. See generally Exhibit "A."

3. Generally speaking, Plaintiff alleges that Caliber performed repairs on his 2021 Honda automobile; that Plaintiff disputed Caliber's charges as not properly authorized; that Caliber asserted a lien on the vehicle; and that Caliber ultimately sold the vehicle to satisfy its lien. See id.

4. Plaintiff's Complaint asserts the following claims against Caliber: (1) Breach of Contract; (2) Violation of the PA UTPCPL; (3) Conversion; (4) Declaratory Judgment. See id. at ¶¶ 49-64.

5. The Complaint was served on Caliber on October 14, 2026. A copy of the Affidavit of Service is attached hereto as Exhibit "B."

**II. Diversity of Citizenship exists among the parties.**

6. Plaintiff, Keith Dean, is an adult individual residing in North Wales, Montgomery County, Pennsylvania. See Exhibit A, at ¶ 1.

7. Upon information and belief, Plaintiff is a citizen of Pennsylvania.

8. Defendant, Caliber Bodyworks of Pennsylvania LLC is a limited liability company.

9. The citizenship of a limited liability company, for diversity jurisdiction purposes, is determined by the citizenship of each of its members. See Johnson v. Smithkline Beecham Corp., 742 F.3d 337, 348 (3d Cir. 2013); Zambelli Fireworks Mfg. Co., Inc. v. Wood, 592 F.3d 412 (3d Cir. 2010).

10. Where an LLC has, as one of its members, another LLC, "the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be." Zambelli, 592 F.3d at 420.

11. The traditional elements of corporate citizenship, the principal place of business and state of organization, are not proper factors in the citizenship analysis of a limited liability company. See Johnson, 724 F.3d at 347–48 ("The principal place of business of an unincorporated entity is therefore irrelevant to determining its citizenship"); Rice Drilling B, LLC v. Int'l Assets Advisory, LLC, 2013 U.S. Dist. LEXIS 170304, *12 (W.D. Pa. Dec. 23, 2013) (disregarding state of organization of a limited liability company in determining its citizenship).

12. Caliber Bodyworks of Pennsylvania LLC has a single member: Caliber Holdings LLC.

13. Caliber Holdings LLC has a single member: CH Hold LLC.

14. CH Hold LLC has a single member: Wand Caliber Holdings LLC.

15. Wand Caliber Holdings LLC has a single member: Wand Newco 3, Inc.

16. Wand Newco 3, Inc. is a Delaware corporation that has its principal place of business in Lewisville, Texas.

17. Wand Newco 3, Inc. is therefore a citizen of Delaware and Texas. See 28 U.S.C. § 1332(c)(1).

18. Caliber Bodyworks of Pennsylvania LLC shares the citizenship of Wand Newco 3, Inc. Zambelli, 592 F.3d at 420.

19. Caliber Bodyworks of Pennsylvania LLC is therefore a citizen of Delaware and Texas.

20. Because Plaintiff is a citizen of Pennsylvania and Defendant is a citizen of Delaware and Texas, diversity of citizenship exists in this case.

**III. The Amount in Controversy requirement is met.**

21. Under 28 U.S.C. § 1332, federal jurisdiction based on diversity of citizenship requires that the amount in controversy exceeds $75,000.00. See 28 U.S.C. § 1332(a).

22. "A defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." Dart Cherokee Basin Operating Co., LLC v. Owens, 574 U.S. 81, 87-89 (2014) (clarifying that jurisdictional discovery must be allowed if a good faith assertion is challenged).

23. The allegations of Plaintiff's Complaint demonstrate that Plaintiff is seeking an award in excess of $75,000.

24. Plaintiff claims that his vehicle was converted, and that the fair market value of his vehicle at the time it was converted was approximately $9,000. See Exhibit "A" at ¶¶ 40, 45-46.

25. Plaintiff also claims that he was wrongfully charged $7,996.41 for unauthorized repairs on his vehicle. See id. at ¶¶ 26, 51, 54.

26. Plaintiff also claims that his vehicle was wrongfully subject to a lien in the amount of $8,120, related to 249 days of storage of the vehicle. See id. at ¶ 34, 54.

27. In his UTPCPL claim, Plaintiff requests an award of treble damages. See id. at ¶ 57.

28. These elements of Plaintiff's damages claims, when totaled together, exceed $75,000.00.[1]

29. Beyond these damages claims, Plaintiff also seeks an award for unspecified costs related to "loss-of-use, transportation, lost-income, collection-related, and other consequential losses." See id. at ¶ 48.

30. When combined with the quantified damages described in paragraphs 24 to 28, above, it is clear that the amount in controversy exceeds the jurisdictional threshold for this Court.

31. While Caliber reserves the right to challenge the extent of Plaintiff's damages, the losses alleged demonstrate an amount in controversy, exclusive of interest and costs, exceeding $75,000.00. See Dart, supra.

[1] $9,000 + $7,996.41 + $8,120 = $25,116.41. $25,116.41 x 3 = $75,349.23.

32. Because Plaintiff is seeking declaratory relief in addition to an award of compensatory damages, this matter is not eligible for the Court's arbitration program. See E.D. Pa. L. Civ. R. 53.2(3)(A).

**IV. Defendant has complied with all procedural requirements for removal.**

33. This Civil Action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because there exists diversity of citizenship between the parties, and the amount in controversy is in excess of $75,000 exclusive of interest and costs. Accordingly, this matter is one which may be removed to this Court by notice pursuant to 28 U.S.C. §§ 1441 and 1446.

34. This Notice of Removal has been filed within thirty (30) days after service of Plaintiff's Complaint on Caliber on October 14, 2026. See 28 U.S.C. § 1446(b)(1); Exhibit B.

35. Because Caliber is the sole defendant in this matter, no other party need consent to this removal. See 28 U.S.C. § 1446(b)(2)(A).

36. Written notice of the filing of this Notice of Removal has been given to all adverse parties in accordance with 28 U.S.C. § 1446(d), and is noted in the Certificate of Service attached hereto.

37. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because this case was initially brought in a state court within the geographical area of the Eastern District of Pennsylvania, and because this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

38. Promptly after filing in this Court and the assignment of a Civil Action Number, a Notice of Removal will be filed with the Court of Common Pleas of Montgomery County, in accordance with 28 U.S.C. § 1446(d).

39. Copies of all process, pleadings, and Orders served upon Caliber are attached hereto in accordance with 28 U.S.C. § 1446(a). See Exhibits A and B.

WHEREFORE, Defendants Caliber Bodyworks of Pennsylvania LLC hereby removes this action from the Court of Common Pleas for Montgomery County to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: *_/s/ Michael A. Salvati_*
MICHAEL A. SALVATI
Attorney ID. No. 311682
Attorney for Defendant
Caliber Bodyworks of Pennsylvania LLC

2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-4552 (P) / 215-575-0856 (F)
masalvati@mdwcg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing Notice of Removal was served this date, via electronic mail, to the following:

Keith Dean, Jr.
515 Washington Ave.
North Wales, PA 19454
Kjdean1082@gmail.com

**MARSHALL DENNEHEY, P.C.**

BY: */s/ Michael A. Salvati*
MICHAEL A. SALVATI
Attorney for Defendant
Caliber Bodyworks of Pennsylvania LLC

**Dated:** November 12, 2026